**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**EDWARD BATTS,
ADC # 91375**                                                                                                       **PLAINTIFF**

**V.**                                        **2:08CV00149 WRW-BD**

**LARRY NORRIS,** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants Norris, Harmon, and Austin are DISMISSED, without prejudice, as party Defendants to this action. Plaintiff's claims against Defendants Green and Kelley in their official capacities are DISMISSED with prejudice.

IT IS SO ORDERED this 26th day of September, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE