## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**EDWARD A. BATTS**
**ADC #91375**                                                                                          **PLAINTIFF**

**v.**                                     **2:08CV00149-WRW**

**CHARLOTTE GREEN,** *et al.*                                                              **DEFENDANTS**

### ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 21). Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 7th day of November, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE