**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**EDWARD BATTS,**
**ADC # 91375**                                                                                          **PLAINTIFF**

V.                                    No. 2:08CV00149 WRW-BD

**LARRY NORRIS,** *et al.*                                                                      **DEFENDANTS**

**ORDER**

The Court has screened Plaintiff's Second Amended Complaint (docket entry #30) and it appears that Plaintiff has stated a claim for an Eighth Amendment violation against Defendants Greg Harmon, Larry Norris, and Austin. Specifically, Plaintiff claims that these Defendants were personally aware of Plaintiff's physical suffering, had the authority to order that Plaintiff receive the necessary medical care to treat his glaucoma, yet failed to do. Accordingly, service is proper for Defendants Harmon, Norris, and Austin.

The Clerk of Court shall prepare a summons for Defendants Harmon and Norris, and the United States Marshal is directed to serve copies of the Complaint, the Amended Complaint, and the Second Amended Complaint with any attachments (docket entries #2, #8, and #30), and a summons for Defendants Harmon and Norris through the Compliance Division of the Arkansas Department of Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612, without prepayment of fees and costs or security therefor.

The Clerk of Court shall prepare a summons for Defendant Austin, and the United States Marshal is directed to serve copies of the Complaint, the Amended Complaint, and the Second Amended Complaint with any attachments (docket entries #2, #8, and #30), and a summons for this Defendant without prepayment of costs or security therefor. Service of process for this Defendant should be in care of counsel for CMS, Humphries & Lewis, P. O. Box 20670, White Hall, Arkansas 72612.

IT IS SO ORDERED this 12th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE