# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EDWARD A. BATTS**  **PLAINTIFF**
**ADC # 91375**

**V.**           **2:08CV00149-WRW-BD**

**LARRY NORRIS,** *et al.*           **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The claims against the Doe defendants are hereby dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED this 11th day of February, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE