# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EDWARD A. BATTS,**
**ADC # 91375**  **PLAINTIFF**

**V.**                           **No. 2:08CV00149 JMM-BD**

**LARRY NORRIS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motions for summary judgment (docket entries #103 and #106) are GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 29th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE