# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EDWARD A. BATTS,**
**ADC # 91375**                                                                                   **PLAINTIFF**

**V.**                          No. 2:08CV00149 JMM-BD

**LARRY NORRIS,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE